IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 11-0846
 ((((((((((((((((

 Anthony R. Freeman, Petitioner

 v.

 John S. Freshour and Carolyn Randle, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petition for review, filed on October 5, 2011, is ABATED.
 2. This petition is removed from the Court's active docket. It is
the parties' responsibility to immediately notify this Court when the court
of appeals' decision is final.

 Done at the City of Austin, this 28th day of October, 2011.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk